IN RE C.T.

[Cite as *In re C.T.,* 135 Ohio St.3d 133, 2012-Ohio-5886.]

*Court of appeals' judgment reversed on the authority of* State v. Williams.

(No. 2012-0915—Submitted December 11, 2012—Decided December 14, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 97278, 2012-Ohio-1644.

————————

{¶ 1} On September 5, 2012, this discretionary appeal was accepted on propositions of law No. I and II and held for this court's decisions in *State v. Williams*, 134 Ohio St.3d 521, 2012-Ohio-5695, 983 N.E.2d 1278, and *State v. Sutton,* case No. 2012-0098, on appeal from 8th Dist. No. 96408, 2011-Ohio-6270, *appeal dismissed*, 132 Ohio St.3d 1529, 2012-Ohio-4381, 974 N.E.2d 1207.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Williams.*

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

KENNEDY, J., not participating.

————————

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellant.

Law Office of Joseph J. Lanter, L.L.C., and Joseph Lanter, for appellee.

————————